EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Nelson Rivera Cabrera | 2005 TSPR 16<br><br>163 DPR \_\_\_\_ |

Número del Caso: TS-8000

Fecha: 25 de febrero de 2005

Abogada del Peticionario:

Lcda. María Elena Vázquez Graziani

Oficina de Inspección de Notarias:

Lcda. Carmen H. Carlos

Materia: Solicitud de Reinstalación a la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Nelson Rivera Cabrera                          TS-8000


RESOLUCIÓN

San Juan, Puerto Rico, a 25 de febrero de 2005.

Examinada la "Moción en Cumplimiento de Resolución del 14 de junio de 2004" presentada por la Oficina de Inspección de Notarías con fecha de 25 de enero de 2005, así como la reacción a la misma, presentada por el querellado el 1 de febrero de 2005, se ordena la reinstalación del licenciado Nelson Rivera Cabrera al ejercicio de la notaría.

Se apercibe al licenciado Nelson Rivera Cabrera sobre la importancia del más fiel cumplimiento con la fe pública notarial y sobre la obligación de cumplir cabalmente con sus deberes ministeriales como notario, particularmente en lo referente a la presentación puntual de las notificaciones al Registro de Poderes y Testamentos e Índices Notariales. Se le apercibe además de que cualquier incumplimiento podrá implicar la separación indefinida del ejercicio de la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo